```
 1  DANIEL J. BRODERICK, CA Bar #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, CA Bar #214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for the Defendant
    DANIEL OTAKE
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 11-00322-KJM |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285** |
| DANIEL OTAKE, | |
| Defendant. | |

Defendant DANIEL OTAKE hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Otake appeared in court on December 15, 2011, at 2:00 p.m. before the Honorable Judge Mueller for a change of plea hearing change of plea hearing. Mr. Otake is unable to afford his own transportation from Sacramento, California to his residence in Hawi, Hawaii. He will need transportation from Sacramento, California back to his residence in Hawi, Hawaii to the Kailua Kona International Airport on the next available flight.

DATED: December 15, 2011          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Benjamin D. Galloway
                                  _____
                                  BENJAMIN D. GALLOWAY
                                  Attorney for DANIEL OTAKE

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

```
UNITED STATES OF AMERICA,    )    CR.S. 11-00322-KJM
                             )
            Plaintiff,       )
                             )    ORDER FOR TRANSPORTATION AND
     v.                      )    SUBSISTENCE
                             )
DANIEL OTAKE,                )
                             )
            Defendant.       )
                             )
_____)
```

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

   This is to authorize and direct you to furnish the above named defendant, DANIEL OTAKE, with transportation and subsistence expenses for travel from Los Angeles, California to his residence in Hawi, Hawaii to the Kailua Kona International Airport.  The United States Marshal's Office must furnish Mr. Otake with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  The United States Marshal must furnish Mr. Otake with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated:  December 20, 2011.

_____
UNITED STATES DISTRICT JUDGE